**Caroline C. SPALDING, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Nos. 9050, 9051.

Circuit Court of Appeals, Ninth Circuit.

Dec. 27, 1938.

Joseph D. Peeler, of Los Angeles, Cal., and Donald V. Hunter, of Washington, D. C., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review in each of above causes be, and hereby is, dismissed, that a judgment of dismissal be filed and entered in each cause, and that the mandate of this court in each cause issue forthwith.